UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| ERIN REAVES,<br>   Plaintiff,<br><br>  v.<br><br>IMMEDIATE MEDICAL CARE, P.A.<br>a Florida Profit Corporation,<br>   Defendant.<br>_____ | CASE NO. 3:23-cv-403 |

**PLAINTIFF'S MOTION FOR DEFAULT AND DEFAULT JUDGMENT**

COMES NOW, Plaintiff, ERIN REAVES ("Plaintiff") and files her Plaintiff's Motion for Default and Default Judgment pursuant to Fed. R. Civ. P. 55.

**PROCEDURAL BACKGROUND**

1. Plaintiff filed her Complaint [D.E. No. 1] on April 6, 2023, against Defendant, IMMEDIATE MEDICAL CARE, P.A. ("IMC") for declaratory and injunctive relief, pursuant to Title III, 42 U.S.C. §§ 12181-12189 of the Americans with Disabilities Act ("ADA"), and the relevant regulation implementing title III, 28 C.F.R. Part 36.

2. Defendant, through a non-lawyer, filed its Motion to Dismiss Petitioner's Complaint [D.E. No. 8; "Motion to Dismiss"] on April 21, 2023.

3. Plaintiff's Response In Opposition To Motion To Dismiss [D.E. No. 9; "Response to Motion to Dismiss"] was filed on April 24, 2023.

## MEMORANDUM OF LAW

### I. Motion to Dismiss is a legal nullity

Pursuant to Fed. R. Civ. P. 55(a) and (b), a default and default judgment should be entered against Defendant because its Motion to Dismiss is a legal nullity unlawfully filed by a non-lawyer.

The 5th DCA in *Daytona Migi Corp. v. Daytona Automotive Fiberglass Inc.*, 417 So.2d 272, 274 (Fla. 5th DCA 1982) demonstrates that the Motion to Dismiss is a nullity:

> A corporation must be represented in court by an attorney and may not be represented by a corporate officer. *Quinn v. Housing Authority of Orlando*, 385 So.2d 1167 (Fla. 5th DCA 1980); *Southeastern Associates, Inc. v. First Georgia Bank*, 362 So.2d 967 (Fla. 1st DCA 1978); *Angelini v. Mobile Home Village, Inc.*, 310 So.2d 776 (Fla. 1st DCA 1975). In *Nicholson Supply Co., Inc. v. First Federal Savings & Loan Assoc. of Hardee County*, 184 So.2d 438 (Fla. 2d DCA 1966), the court denied a petition to amend the complaint for foreclosure of a lien to include an attorney's signature after the time for foreclosure had run, holding the original complaint to be a nullity.
> A corporation, unlike an individual, may not appear in court "in proper person" and represent itself. Neither may a pleading be signed by a corporate officer who is not a licensed attorney at law. Thus, any pleading purporting to be signed by such corporate officer is a nullity and has no effect. *Nicholson*, 184 So.2d at 442.

### a. Ramsey Moosavi, MD, JD cannot represent Defendant.

Ramsey Moosavi, MD, JD does not possess a law license, is not a member of Middle District of Florida's Bar, nor does he meet the requirements of Local Rule 2.01, and as the owner of IMC is not permitted to represent IMC in this action. By filing the Motion to Dismiss, Moosavi has engaged in the unauthorized practice of law in violation of Fla. Stat. § 454.23.

The Response to Motion to Dismiss highlighted to the Court, and Defendant, that Moosavi had engaged in the unauthorized practice of law in violation of Fla. Stat. § 454.23 by filing the Motion to Dismiss. In excess of a month has passed, and no attorney purporting to represent Defendant has appeared in this action.

## CONCLUSION

As set forth above, Plaintiff, ERIN REAVES moves this Court to enter a default and default judgment pursuant to Fed. R. Civ. P. 55(a) and (b), and to grant all other such relief that this Honorable Court deems appropriate and just under the circumstances.

Respectfully submitted this 30th day of May, 2023 by:

                                                **THOELE|DRACH**

BY: _____

**Justin Seth Drach, Esq.**
Florida Bar No. 103016
Email: justin@thoeledrach.com
**Amanda Marie Thoele, Esq.**
Florida Bar No. 75118
Email: amanda@thoeledrach.com
3744 Dupont Station Court S
Jacksonville, FL 32217
Telephone: (904) 600-4384
Facsimile: (904) 306-1355
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on May 30, 2023, I served a copy of the foregoing by U.S. Mail on:

Immediate Medical Care, P.A.
9770 Old Baymeadows Road
Jacksonville, FL 32256

BY: _____
                            **Justin Seth Drach, Esq.**