```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
```

|  |  |
|---|---|
| ERIN REAVES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| IMMEDIATE MEDICAL CARE, P.A. ) | |
| ) | CIVIL ACTION No. |
| ) | 3:23-cv-00403--WGY-SJH |
| ) | |
| Defendant. ) | |

YOUNG, D.J.[1]                                          March 12, 2025

**JUDGMENT**

In accordance with the Court's Findings of Facts and Conclusions of law: Final judgment is entered in favor of the defendant.

**SO ORDERED.**

                                        /s/ William G. Young
                                        WILLIAM G. YOUNG
                                        DISTRICT JUDGE

---

[1] Of the District of Massachusetts, sitting by designation.